UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAYA YOUNGBLOOD, as proposed administrator of the Estate of TARZS YOUNGBLOOD, Deceased,<br><br>        Plaintiff,<br><br>   -against-<br><br>CITY OF NEW YORK, et al.,<br><br>        Defendants. | 23-cv-4443 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On November 13, 2023, Defendants Lionel E. Desroches, M.D., Adam Litroff D.O., Seraphine Mohlie, P.A. s/h/a "Seraphine Mohlie", and Aglae Napoleon, R.N. s/h/a "Aglae Napoleon" requested that the Court dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 17(a)(1) or stay the case. Dkt. 81. The same day, the Court stayed the case. Dkt. 82.

  The Clerk of Court is directed to terminate the motion at Dkt. 81.

  SO ORDERED.

Dated: December 15, 2023
    New York, New York

                  _____
                    ARUN SUBRAMANIAN
                    United States District Judge